# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SONEET R. KAPILA, as Assignee;<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH "KIP" GORDMAN,<br><br>Defendant. | 8:21CV104<br><br>ORDER |

**IT IS ORDERED** that the motion to withdraw filed in this case by Paul J. Battista of the Genovese Joblove & Battista, P.A. Firm and Raul Valles and Andrea Holder of the Rocke, McLean & Sbar, P.A. Firm, as counsel of record for Plaintiff, is granted. Paul J. Battista, Raul Valles, and Andrea Holder shall no longer receive electronic notice in this case.

Dated this 19th day of March, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge