# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SONEET R. KAPILA, as Assignee; | |
| Plaintiff, | 8:21CV104 |
| vs. | |
| KENNETH GORDMAN, | ORDER |
| Defendant. | |

This matter is before the Court on the parties' request for stay pending mediation in their Rule 26(f) Meeting report (Filing No. 29). The parties are planning to schedule mediation within the next 60 days. The parties agree that the deadlines should be stayed pending the outcome of mediation. Accordingly,

**IT IS ORDERED:**

1. All case deadlines are stayed pending further order of the Court; and
2. On or before **October 11, 2021**, the parties shall file a status report regarding the outcome of mediation and whether the parties believe the stay should continue or be lifted.

Dated this 10th day of August, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge