# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SONEET R. KAPILA, as Assignee,**<br><br>Plaintiff,<br><br>vs.<br><br>**KENNETH "KIP" GORDMAN,**<br><br>Defendant. | **8:21CV104**<br><br>**ORDER** |
| **SONEET R. KAPILA, as Assignee,**<br><br>Plaintiff,<br><br>vs.<br><br>**BRIDGET GORDMAN,**<br><br>Defendant. | **8:21CV105**<br><br>**ORDER** |

On November 5, 2021, the Court ordered the parties to file jointly proposed case progression deadlines and state their positions on whether consolidation of the above-captioned related cases was appropriate. Pursuant to the parties' Rule 26(f) Reports filed on November 12, 2021, the parties consent to consolidation. The Court finds that consolidation pursuant to Fed. R. Civ. P. 42(a) is warranted. Accordingly,

**IT IS ORDERED:**

1. The above-captioned cases are consolidated for all purposes. The Court designates Case No. 8:21CV104 as the "Lead Case" and Case No. 8:21CV105 as the "Member Case."

2. The Court's CM/ECF System has the capacity for "spreading" text among the consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in the Member Case. The parties are instructed to file documents

in the Lead Case and to select the option "yes" in response to the System's question whether to spread the text.

3. The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; or to file items related to service of process.

4. If a party believes an item in addition to those described in paragraph 3 should not be filed in both the consolidated cases, the party must move for permission to file the item in the Member Case. The motion must be filed in both the consolidated cases using the spread text feature.

Dated this 12th day of November, 2021.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge